760 A.2d 724

**William B. MANOR, Jr., t/a Tink's Excavating and Hauling**

v.

**Lana WELCH, Jim Welch and Triple J Custom Builders, Inc.**

No. 28, Sept. Term, 2000.

Court of Appeals of Maryland.

Oct. 11, 2000.

Thomas A. Wade, Hagerstown, for Petitioner.

John R. Salvatore, Hagerstown, for Respondent.

Argued before BELL, C.J., and ELDRIDGE, RODOWSKY, RAKER, WILNER, CATHELL and HARRELL, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 11th day of October, 2000,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.